## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

MIK TRANSPORTATION, INC.
                                       Plaintiff,

v.                                                                         Case No.: 1:24−cv−06543
                                                                         Honorable Matthew F. Kennelly

Freebandz Productions LLC, et al.
                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 6, 2025:

      MINUTE entry before the Honorable Matthew F. Kennelly: In person motion hearing held on 8/6/2025. Oral argument heard on defendant Salxco UAM LLC d/b/a Universal Arabic Music's motion to dismiss [63] and defendant Abboud's motion to dismiss [49]. Defendant Abboud's motion to dismiss [49] is denied for the reasons stated on the record. Defendant Salxco UAM LLC's motion to dismiss [63] is denied as to the personal jurisdiction and preemption issues for the reasons stated on the record and is otherwise taken under advisement. The Court will issue a ruling on the remainder of the motion at a later date. The parties are directed to confer regarding a discovery and pretrial schedule and are to file a joint status report with a proposed schedule by 8/14/2025. A telephonic status hearing is set for 8/21/2025 at 9:10 AM. The following call−in number will be used for the hearing: 650−479−3207; access code 2305−915−8729. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.